Brian S. Kabateck, SBN 152054
  bsk@kbklawyers.com
Anastasia K. Mazzella, SBN 245201
  am@kbklawyers.com
Shant A. Karnikian, SBN 285048
  sk@kbklawyers.com
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, CA 90071
Tel.: (213) 217-5000
Fax: (213) 217-5010

Charles L. Murray III, SBN 195053
**LAW OFFICES OF CHARLES L. MURRAY III**
444 S Flower Street, Suite 2530
Los Angeles, CA 90071
Tel.: (213) 627-5983
Fax: (213) 627-6051

Attorneys for Plaintiffs JOHN MARIN and KEYAN BAGHERI, individuals, on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARIN and KEYAN BAGHERI, individuals; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ASSEMBLY SPACE, INC.,<br>Defendant. | Case No.: 2:17-CV-05449-KSx<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  November 26, 2018<br>Time:  10:00 a.m.<br>Judge:  Hon. S. James Otero<br>Courtroom:  10C<br><br>Complaint Filed: June 19, 2017 |

1
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 26, 2018, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 10C of the above-entitled court located at 350 W. First Street, 10th Floor, Los Angeles, California 90012, Plaintiffs JOHN MARIN and KEYAN BAGHERI ("Plaintiffs") will, and hereby do, move for an entry of an order and judgment granting final approval of the class action settlement and all agreed upon terms therein. This motion, unopposed by Defendant General Assembly Space, Inc., seeks final approval of: (1) the Stipulation of Class Action Settlement and Release of Claims ("Settlement Agreement" or "Settlement"); (2) settlement payments to Participating Class Members and the LWDA; and (3) costs/expenses to the claims administrator, Rust Consulting, Inc.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Final Approval of Class Action Settlement; (3) the Declaration of Brian S. Kabateck; (4) the Declaration of Jennifer Mills on behalf of Rust Consulting, Inc.; (5) the [Proposed] Final Judgment (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and/or oral evidence as may be presented to the Court at the hearing.

Dated:  October 29, 2018        **KABATECK LLP**

By:    /s/ Shant A. Karnikian
       Brian S. Kabateck
       Shant A. Karnikian

       Attorneys for Plaintiffs JOHN MARIN and
       KEYAN BAGHERI, individuals, on behalf of
       themselves and all others similarly situated